# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBAE EARVON AUSTIN

NO. 2024 KW 1066

**DECEMBER 23, 2024**

---

In Re: Robae Earvon Austin, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 09-FELN-024666.

---

**BEFORE: McCLENDON, WELCH, AND LANIER, JJ.**

    **WRIT DENIED.** See La. Code Crim. P. art. 930.8(A); **State v. LeBlanc,** 2006-0169 (La. 9/15/06), 937 So.2d 844 (per curiam).

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT